# REYNOLDS & DRAKE
*A PROFESSIONAL CORPORATION*
ATTORNEYS AT LAW
29 NORTH SHORE ROAD
ABSECON, NEW JERSEY 08201
(609) 645-7406
FACSIMILE (609) 645-0129
REYNOLDSDRAKELAW@COMCAST.NET



THOMAS B. REYNOLDS † ◊ *

STEVE DRAKE † *

JOHN J. BANNAN *

† CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

* MEMBER OF PENNSYLVANIA BAR
◊ MEMBER OF FLORIDA BAR

MARLTON OFFICE

WILLOW RIDGE EXECUTIVE OFFICE PARK
SUITE 202A, 1ST FLOOR
750 ROUTE 73 SOUTH
MARLTON, NEW JERSEY 08053
TELEPHONE (856) 988-7955
FACSIMILE (856) 988-1109

**REPLY TO ABSECON OFFICE**

July 23, 2009

**VIA ELECTRONIC FILING**

William T. Walsh, Clerk
United States District Court
Mitchell H. Cohen U. S. Court House
1 John F. Gerry Bernhardt

RE:  Pettit, et al v. State of New Jersey, et al
     Civil Action No.: Unassigned
     Our File No.: 7262-TRB

Dear Mr. Walsh:

Please be advised that the undersigned has been retained to represent the Defendants, City of Estell Manor and Mayor of Estell Manor, Joseph Venezia, in connection with the above-referenced matter.

In that regard, enclosed herein you will find Defendants' Notice of Removal.

If you have questions, please do not hesitate to contact me.

Very truly yours,

Thomas B. Reynolds

TRB:erd
Enclosure
Cc:  Stephen Funk, Esquire
     Attorney General – State of New Jersey